USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 27, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY F LALVAY HERAS,

Plaintiff,

-against-

2451 BROADWAY MARKET INC. d/b/a BARZANI'S and PARVIZ ABDE a/k/a PARVIZ ABDEKALIMI,

Defendants.

26-CV-02943 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Defendant 2451 Broadway Market Inc. d/b/a Barzini's ("Broadway Market") filed a notice of a chapter 11 bankruptcy case on July 21, 2026. Dkt. No. 16. Accordingly, this action is hereby STAYED as to Broadway Market consistent with 11 U.S.C. § 362(a)(1).

Plaintiff and Defendant Parviz Abde a/k/a Parviz Abdekalimi ("Abde") are hereby ORDERED to meet and confer and file a joint letter by **August 7, 2026**, proposing next steps for this litigation. Specifically, the letter must address whether the Court should stay the remainder of this action until Broadway Market's bankruptcy matter has been resolved.

Dated: July 27, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge